Justin F. Marquez (SBN 262417)
justin@wilshirelawfirm.com
Christina M. Le (SBN 237697)
cle@wilshirelawfirm.com
Zachary D. Greenberg (SBN 331501)
zgreenberg@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for* Plaintiff
JOSE RUBIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JOSE RUBIO, individually, and on behalf of all others similarly situated, *Plaintiff*, v. MARRIOTT RESORTS HOSPITALITY CORPORATION, a corporation; and DOES 1 through 10, inclusive, *Defendant.* | Case No.: 8:23-cv-00773-FWS-AD **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO ENFORCE THE ARBITRATION AGREEMENT** Date: 10:00 AM Time: June 22, 2023 Courtroom: 10D Judge: Fred W. Slaughter State Action Filed: November 30, 2022 Removal Date: May 3, 2023 Trial date:   Not set |

On May 22, 2023, Defendant Marriott Resorts Hospitality Corporation ("Defendant") filed a Notice of Motion and Motion to Enforce the Arbitration Agreement ("Motion.") (*See* Dkt. No. 14.) Pursuant to Local Rule 7-9, Plaintiff Jose Rubio ("Plaintiff") will not oppose Defendant's Motion.

Dated: June 1, 2023

Respectfully submitted,

**WILSHIRE LAW FIRM**

By: _____
Justin F. Marquez
Christina M. Le
Zachary D. Greenberg

*Attorneys for* Plaintiff
JOSE RUBIO