# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:23-cv-00773-FWS-ADS          Date January 10, 2025

Title: Jose Rubio v. Marriott Resorts Hospitality Corporation et al

Present: The Honorable FRED W. SLAUGHTER, United States District Judge

|  |  |
|---|---|
| Rolls Royce Paschal | Not Present |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                         Not Present

Proceedings:    ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated  10/17/2023        .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____ rrp _____