1  Benjamin H. Haber (SBN 315664)
   benjamin@wilshirelawfirm.com
2  Daniel J. Kramer (SBN 314625)
   daniel.kramer@wilshirelawfirm.com
3  WILSHIRE LAW FIRM
   3055 Wilshire Blvd., 12th Floor
4  Los Angeles, CA 90010
   Telephone: (213) 381-9988
5  Facsimile: (213) 381-9989

6  Attorneys for Plaintiff
   JOSE RUBIO
7
   Mark D. Kemple (SBN CA 145219)
8  GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
9  Los Angeles, California 90067-2121
   Telephone: 310.586.7700
10 Facsimile: 310.586.7800
   kemplem@gtlaw.com
11
   Samuel S. Hyde (SBN CA 327065)
12 GREENBERG TRAURIG, LLP
   400 Capitol Mall, Suite 2400
13 Sacramento, California 95814
   Telephone: 916.442.1111
14 Facsimile: 916.448.1709
   hydes@gtlaw.com
15
   Attorneys for Defendant
16 MARRIOTT RESORTS HOSPITALITY CORPORATION

17

18                    **UNITED STATES DISTRICT COURT**

19            **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

20

| | |
|---|---|
| 21  JOSE RUBIO, individually, and on behalf of all others similarly situated, | CASE NO. 8:23-cv-00773-FWS-AD |
| 22 | STIPULATION OF DISMISSAL WITH PREJUDICE |
| 23       Plaintiff, | |
| 24  v. | [FRCP 41(a)(1)(A)(ii)] |
| 25  MARRIOTT RESORTS HOSPITALITY CORPORATION, a corporation; and DOES 1 through 10, inclusive, | [Removed from Orange County Superior Court – Case No. 30-2022-01294436-CU-OE-CXC State Complaint Filed: November 30, 2022] |
| 26 | |
| 27       Defendants. | |

28

# STIPULATION

Plaintiff Jose Rubio ("Plaintiff") and Defendant Marriott Resorts Hospitality Corporation ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate that this action, and all attendant claims and defenses, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. Dismissal is without prejudice only as to the right, if any, of any other person to bring an individual or representative action on such allegations. Because all parties consent to the dismissal, and because Defendant has not answered the Complaint, no Court order is required. *See* Fed. R. Civ. P. 41(a)(1)(A); *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1076 (9th Cir. 1999).

IT IS SO STIPULATED.

Dated: August 29, 2025                GREENBERG TRAURIG, LLP


By */s/ Samuel S. Hyde*
Mark D. Kemple
Samuel S. Hyde
Attorneys for Defendant
MARRIOTT RESORTS HOSPITALITY CORPORATION


Dated: August 29, 2025                WILSHIRE LAW FIRM


By */s/ Daniel J. Kramer*
Benjamin H. Haber
Daniel J. Kramer
Attorneys for Plaintiff
JOSE RUBIO

**CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Samuel S. Hyde, do attest that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 29, 2025                    /s/ Samuel S. Hyde
                                          Samuel S. Hyde